**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*Place an "X" in applicable* ☐)

**PLAINTIFF:**
Hyundai Steel Pipe Co., Ltd. and Hyundai Steel Company

**COURT NO.**: 26-04742

**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*):
Jarrod M. Goldfeder
Trade Pacific PLLC
700 Pennsylvania Ave., SE, Suite 500
Washington, DC 20003
Tel: (202) 223-3760
E-mail: jgoldfeder@tradepacificlaw.com

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** ☐

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

☐ Appraisal ☐ Classification ☐ Charges or Exactions ☐ Vessel Repairs
☐ Exclusion ☐ Liquidation ☐ Drawback
☐ Refusal to Reliquidate ☐ Rate of Duty ☐ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal ☐ Classification ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant* ***Federal Register*** **or** ***Administrative Determination*** *citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause § 516A(a)(2)(B)(iii) Agency U.S. Dep't of Commerce

***Federal Register*** **or** ***Administrative Determination*** Cite(s) 91 Fed. Reg. 60,583 (Dep't Commerce Sept. 24, 2026)

Product(s) Certain Oil Country Tubular Goods from the Republic of Korea

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor ☐ U.S. Secretary of Commerce ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency: ☐ U.S. International Trade Commission ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

☐ Sec. 641(b)(2) ☐ Sec. 641(b)(3) ☐ Sec. 641(c)(1) ☐ Sec. 641(b)(5)
☐ Sec. 641(c)(2) ☐ Sec. 641(d)(2)(B) ☐ Sec. 499(b)

## JURISDICTION
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

- ☐ Classification
- ☐ Valuation
- ☐ Restricted Merchandise
- ☐ Rate of Duty
- ☐ Marking
- ☐ Entry Requirements
- ☐ Drawbacks
- ☐ Vessel Repairs
- ☐ Other: ________________

______________________________________________________________

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

**28 U.S.C. § 1582 - Actions Commenced by the United States**

- ☐ (1) Recover civil penalty under Tariff Act of 1930:
  - ☐ Sec. 592
  - ☐ Sec. 593A
  - ☐ Sec. 641(b)(6)
  - ☐ Sec. 641(d)(2)(A)
  - ☐ Sec. 704(i)(2)
  - ☐ Sec. 734(i)(2)
- ☐ (2) Recover upon a bond
- ☐ (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: | | | |
| ☒ Pending: | NEXTEEL Co., Ltd.<br>SeAH Steel Corporation<br>Kumkang Kind Co., Ltd.<br>ILJIN Steel Corporation<br>AJU Besteel Co., Ltd. | 26-04697<br>26-04717<br>26-04728<br>26-04740<br>26-04741 | Unassigned<br>Unassigned<br>Unassigned<br>Unassigned<br>Unassigned |

(Attach additional sheets, if necessary.)

/s/ Jarrod M. Goldfeder
*Signature of Plaintiff's Attorney*

October 23, 2026
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)